MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

E-filing

FILED
08 APR 22 PH 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

PERRY M. MOROWEI aka
PEREKEME MOROWEI aka
PEREKEME M. MOROWEI aka
PEREKEME M. MOROWEL aka
PEREKEME MAROWEI aka
P.M. MOROWEI,

    Defendant(s).

Case No. CV 08 2076 SLM

COMPLAINT
(Student Loan\Debt Collection Case)

Plaintiff, through its attorney, alleges:

1. <u>Jurisdiction:</u> The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

**FIRST CAUSE OF ACTION**

3. Defendant owes plaintiff $4,142.00, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

**SECOND CAUSE OF ACTION**

4. Defendant owes plaintiff $9,249.52, plus additional interest and costs

1 | according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit
2 | B.

### THIRD CAUSE OF ACTION

5. Defendant owes plaintiff $17,932.64, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit C.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $31,324.16, additional interest to the date of judgment, attorney's fees in the amount of 33% of the debt, and court costs.

Date: April 18, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS # 2 OF 3**

> Perry M. Morowei
> Aka: Perekeme Morowei,
> Perekeme M. Morowei,
> Perekeme M. Morowel,
> Perekeme Marowei,
> P. M. Morowei
> 3475 La Mesa Dr.
> Hayward, CA  94542
> Account No:        '0554

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/15/07.

On or about 06/30/87, the borrower executed promissory note(s) to secure loan(s) of $243.00, $242.00, $243.00, $242.00, $243.00, $242.00, $243.00 and $242.00, and on or about 05/06/88 and 06/02/88, the borrower executed promissory note(s) to secure loan(s) of $267.00, $267.00, $268.00, $350.00, $350.00, $350.00 and $350.00 from National University (San Diego, CA) at 5.00 percent interest per annum.  The institution made the loan(s) under the Federally-funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa *et seq*. (34 C.F.R Part 674). The institution demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 07/02/89.  Due to this default, the institution assigned all rights and title to the loan(s) to the Department of Education.

After the institution credited all cancellations due and payments received, the borrower owed the school $4,142.00 principal and $3,729.01 interest.  This principal and interest, together with any unpaid late charges, totaled $7,871.01.  The loan was assigned to the Department on 07/13/94.

Since assignment of the loan, the Department has credited a total of $61.17 in payments from all sources, including Treasury Department offsets, if any, to the balance.  After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $4,142.00 |
| Interest: | $3,729.01 |
| | |
| Total Debt as of 08/15/07: | $7,871.01 |

Interest accrues on the principal shown here at the rate of $0.57 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/10/07

n Analyst
gation

EXHIBIT A

**U.S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 3**

> Perry M. Morowei
> Aka: Perekeme Morowei,
> Perekeme M. Morowei,
> Perekeme M. Morowel,
> Perekeme Marowei,
> P. M. Morowei
> 3475 La Mesa Dr.
> Hayward, CA 94542
> Account No.     0554

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/15/07.

On or about 10/06/87 and 06/04/88, the borrower executed promissory note(s) to secure loan(s) of $4,000.00 and $4,000.00, from Educaid/Trans World Insurance Co. (Sacramento, CA) at a variable rate of interest to be established annually by the Department of Education. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 10/02/88, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $9,249.52 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 06/28/93 and 04/20/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has credited a total of $1,748.78 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $ 9,249.52 |
| Interest: | $10,833.19 |
| Total debt as of 08/15/07: | $20,082.71 |

Interest accrues on the principal shown here at the current rate of 8.20% and a daily rate of $2.08 through June 30, 2008, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/10/07

Loan Analyst
Litigation Support

**EXHIBIT B**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #3 OF 3

> Perry M. Morowei
> Aka: Perekeme Morowei,
> Perekeme M. Morowei,
> Perekeme M. Morowel,
> Perekeme Marowei,
> P. M. Morowei
> 3475 La Mesa Dr.
> Hayward, CA  94542
> Account No:       0554

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 08/15/07.

On or about 07/31/86, 09/19/87, 06/04/88, 09/26/88 and 07/07/89, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, $2,625.00, $4,000.00, $7,500.00 and $5,000.00 from Educaid/ Trans World Insurance Co. (Sacramento, CA) at 8.00 percent interest per annum. This loan obligation was guaranteed by Higher Education Assistance Foundation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $13.13 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/02/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $17,932.64 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 08/01/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has credited a total of $290.05 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $17,932.64 |
| Interest: | $23,307.91 |
| Total debt as of 08/15/07: | $41,240.55 |

Interest accrues on the principal shown here at the rate of $3.93 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/10/07

Loan Analyst
Litigation Support

**EXHIBIT C**