MICHAEL COSENTINO, SBN 83253
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PERRY M. MOROWEI<br>aka PEREKEME MOROWEI<br>aka PEREKEME M. MOROWEI<br>aka PEREKEME M. MOROWEL<br>aka PEREKEME MAROWEI<br>aka P.M. MOROWEI<br>aka PERRY B. MOROWAY,<br><br>Defendant | NO. CV 08 2076 SLM<br><br>**SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT** |

The above entitled plaintiff and the above entitled defendant hereby agree as follows:

1. The amount due on all claims to the complaint herein is $31,324.16 principal, accrued interest of $40,288.97, plus a service of process fee of $50.00, for a total as of June 27, 2008, of $71,663.13, plus $6.58 interest per day thereafter.

2. The Stipulated Judgment, a copy of which is attached hereto and made a part hereof as Exhibit 1, shall be entered against defendant if defendant fails to timely comply with the terms of this Settlement Agreement.

3. The terms of this Settlement Agreement are:

    a. defendant shall pay plaintiff $100.00 monthly commencing July 15, 2008, and continuing monthly thereafter, each payment being due on the 15th

SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT; US v MOROWEI, Case No. CC 08 2036 SLM

1

1  day of each month, until the debt is paid in full; defendant shall submit a financial
2  statement and a copy of his last filed federal income tax return to plaintiff upon the
3  request of plaintiff, in order to establish the amount of each monthly payment
4  commensurate with defendant's ability to pay.

5        b. All payments shall be payable to the U.S. Department of
6  Justice and delivered to the U.S. Department of Justice, Central Intake Facility, P.O.
7  Box 70932, Charlotte, NC 28272-0932.

8        c. For all purposes, defendant's address is 3475 La Mesa
9  Drive, Hayward, CA 94542; defendant agrees to promptly notify plaintiff and the court in
10 writing of any change in that address.

11       d. The complaint shall be dismissed without prejudice; the
12 terms of this Settlement Agreement shall be incorporated into the stipulated order
13 dismissing the complaint and the court shall retain continuing jurisdiction to enforce the
14 terms of the Settlement Agreement and to enter the Stipulated Judgment pursuant to the
15 following paragraph.

16       e. In the event defendant fails to pay any installment required
17 hereunder within ten days of its due date, plaintiff, without further notice to defendant,
18 may apply ex parte for entry of the attached Stipulated Judgment in the amount of the
19 entire outstanding balance due on the account, plus interest accruing after the date of
20 entry of the Stipulated Judgment at the then current legal rate on judgments pursuant to
21 28 U.S.C. §1961(a) and (b). Such ex parte application need only consist of plaintiff's
22 declaration of default of payment by defendant setting forth the then unpaid balance of
23 the total judgment after application of all previous credits. No other notice or hearing on
24 the entry of judgment shall be required.

25       f. Defendant expressly agrees that such waiver of further
26 hearing and notice is a material inducement to plaintiff to enter into this stipulation.

27       g. In accordance with the provisions of Title 28 U.S.C. Section
28 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the

United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

h. Time is of the essence of this stipulation. Should such Stipulated Judgment be entered, plaintiff shall have the immediate right to execute on defendant's assets, the cost of any such execution and the cost of recording any Abstract of Judgment or similar documents to be borne by defendant.

**IT IS SO STIPULATED.**

Dated: June 27, 2008

By: MICHAEL COSENTINO
Attorney for Plaintiff, United States of America

I have read the foregoing, I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: 7/02/08

PERRY M. MOROWEI aka PEREKEME MOROWEI aka PEREKEME M. MOROWEI aka PEREKEME M. MOROWEL aka PEREKEME MAROWEI aka P.M. MOROWEI aka PERRY B. MOROWAY, Defendant

Good cause appearing therefor,

THE COURT ORDERS THAT the terms of the foregoing Settlement Agreement be and hereby are incorporated into this order, and that the Settlement Agreement be and hereby is approved, and that the complaint be and hereby is dismissed without prejudice.

THE COURT FURTHER ORDERS THAT the court hereby expressly retains jurisdiction to enforce the terms of the foregoing Settlement Agreement.

The Clerk of the Court is DIRECTED to close the file in the action.

DATED_____

UNITED STATES MAGISTRATE JUDGE

SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT; US v MOROWEI, Case No. CC 08 2036 SLM

3

```
 1  MICHAEL COSENTINO, SBN 83253
    P.O. Box 129
 2  Alameda, CA  94501
    Telephone: (510) 523-4702
 3
    Attorney for Plaintiff,
 4  United States of America
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA        )  NO. CV 08 2076 SLM
                                    )
12                  Plaintiff,      )
                                    )  STIPULATED JUDGMENT
13      v.                          )
                                    )
14  PERRY M. MOROWEI                )
    aka PEREKEME MOROWEI            )
15  aka PEREKEME M. MOROWEI         )
    aka PEREKEME M. MOROWEL         )
16  aka PEREKEME MAROWEI            )
    aka P.M. MOROWEI                )
17  aka PERRY B. MOROWAY,           )
                                    )
18                  Defendant.      )
                                    )
19
```

20    The above entitled Plaintiff having filed its complaint herein, and the above entitled

21  defendant having consented to the making and entry of this final judgment without trial,

22  hereby agree as follows:

23    1. This Court has jurisdiction over the subject matter of this litigation and over the

24  parties to this Stipulated Judgment. The Complaint herein states a claim upon which

25  relief can be granted.

26    2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

27  hereby voluntarily waive their rights to proceed before a judge of the United States District

28  Court and consent to have a United States magistrate judge conduct any and all further

1 proceedings in the case, including trial, and order the entry of a final judgment. It is understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

  3. Judgment shall be in favor of Plaintiff, United States of America and against Defendant, PERRY M. MOROWEI aka PEREKEME MOROWEI aka PEREKEME M. MOROWEI aka PEREKEME M. MOROWEL aka PEREKEME MAROWEI aka P.M. MOROWEI aka PERRY B. MOROWAY, in the sum of $71,663.13 as of June 27, 2008, consisting of $31,324.16 principal, accrued interest of $40,288.97, plus a service of process fee of $50.00, plus $6.58 interest per day thereafter until entry of judgment, less any sums tendered toward satisfaction of the obligation.

  4. This Stipulated Judgment shall bear interest pursuant to the provisions of 28 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

  5. The judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid.

  6. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

  7. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

**SO STIPULATED.**

Dated: June 27, 2008

_____
By: MICHAEL COSENTINO
Attorney for Plaintiff, United States of America

I have read the foregoing, I understand and agree to the terms, and I sign this

agreement as a free and voluntary act.

DATED 7/02/08

_____
PERRY M. MOROWEI aka PEREKEME MOROWEI aka PEREKEME M. MOROWEI aka PEREKEME M. MOROWEL aka PEREKEME MAROWEI aka P.M. MOROWEI aka PERRY B. MOROWAY, Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 200_.

The Clerk of the Court is DIRECTED to close the file in the action.

_____
UNITED STATES MAGISTRATE JUDGE

**EXHIBIT 1**