1 | **MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
2 | **P.O. Box 129**
**Alameda, CA 94501**
3 | **Fax (510) 747-1640**
**Telephone: (510) 523-4702**

4
Attorney for the Plaintiff,
5 | United States of America

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA,                    )        Case No. CV08 2076 SLM
11 |                                          )
Plaintiff,                )
12 |                                          )
|                                          )        **NOTICE OF ENTRY OF ORDER**
13 |                                          )
v.                                        )
14 |                                          )
PERRY M. MOROWEI,                            )
15 | aka PEREKEME MOROWEI                     )
aka PEREKEME M. MOROWEI                   )
16 | aka PEREKEME M. MOROWEL                  )
aka PEREKEME M. MAROWEI                   )
17 | aka P.M. MOROWEI                         )
aka PERRY B. MOROWAY                      )
18 |                                          )
Defendant.        )
19 | _____)

20
TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:
21
NOTICE IS HEREBY GIVEN that an ORDER in the above-entitled matter has been
22
entered; a copy of the ORDER is attached hereto and made a part hereof.
23

24

25
Dated: July  23, 2008
26 |                                          Michael Cosentino
Attorney for Plaintiff,
27 |                                          United States of America

28

1 | MICHAEL COSENTINO, SBN 83253
P.O. Box 129
2 | Alameda, CA 94501
Telephone: (510) 523-4702
3

Attorney for Plaintiff,
4 | United States of America

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA

11 |                Plaintiff,

12 |        v.

13 | PERRY M. MOROWEI
aka PEREKEME MOROWEI
14 | aka PEREKEME M. MOROWEI
aka PEREKEME M. MOROWEL
15 | aka PEREKEME MAROWEI
aka P.M. MOROWEI
16 | aka PERRY B. MOROWAY,

17 | _____Defendant_____

NO. CV 08 2076 SLM

**SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT**

18 |        The above entitled plaintiff and the above entitled defendant hereby agree as

19 | follows:

20 |        1. The amount due on all claims to the complaint herein is $31,324.16 principal,

21 | accrued interest of $40,288.97, plus a service of process fee of $50.00, for a total as of

22 | June 27, 2008, of $71,663.13, plus $6.58 interest per day thereafter.

23 |        2. The Stipulated Judgment, a copy of which is attached hereto and made a part

24 | hereof as Exhibit 1, shall be entered against defendant if defendant fails to timely comply

25 | with the terms of this Settlement Agreement.

26 |        3. The terms of this Settlement Agreement are:

27 |                a. defendant shall pay plaintiff $100.00 monthly commencing

28 | July 15, 2008, and continuing monthly thereafter, each payment being due on the 15th

---

SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT; US v
MOROWEI, Case No. CC 08 2036 SLM                                                                    1

1 day of each month, until the debt is paid in full; defendant shall submit a financial
2 statement and a copy of his last filed federal income tax return to plaintiff upon the
3 request of plaintiff, in order to establish the amount of each monthly payment
4 commensurate with defendant's ability to pay.

5                  b. All payments shall be payable to the U.S. Department of
6 Justice and delivered to the U.S. Department of Justice, Central Intake Facility, P.O.
7 Box 70932, Charlotte, NC 28272-0932.

8                  c. For all purposes, defendant's address is 3475 La Mesa
9 Drive, Hayward, CA 94542; defendant agrees to promptly notify plaintiff and the court in
10 writing of any change in that address.

11                  d. The complaint shall be dismissed without prejudice; the
12 terms of this Settlement Agreement shall be incorporated into the stipulated order
13 dismissing the complaint and the court shall retain continuing jurisdiction to enforce the
14 terms of the Settlement Agreement and to enter the Stipulated Judgment pursuant to the
15 following paragraph.

16                  e. In the event defendant fails to pay any installment required
17 hereunder within ten days of its due date, plaintiff, without further notice to defendant,
18 may apply ex parte for entry of the attached Stipulated Judgment in the amount of the
19 entire outstanding balance due on the account, plus interest accruing after the date of
20 entry of the Stipulated Judgment at the then current legal rate on judgments pursuant to
21 28 U.S.C. §1961(a) and (b). Such ex parte application need only consist of plaintiff's
22 declaration of default of payment by defendant setting forth the then unpaid balance of
23 the total judgment after application of all previous credits. No other notice or hearing on
24 the entry of judgment shall be required.

25                  f. Defendant expressly agrees that such waiver of further
26 hearing and notice is a material inducement to plaintiff to enter into this stipulation.

27                  g. In accordance with the provisions of Title 28 U.S.C. Section
28 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the

1    United States District Court and consent to have a United States magistrate judge conduct

2    any and all further proceedings in the case, including trial, and order the entry of a final

3    judgment. It is understood that any appeal from a judgment entered by a magistrate judge

4    will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same

5    manner as an appeal from any other judgment of a District Court.

6                              h.   Time is of the essence of this stipulation.   Should such

7    Stipulated Judgment be entered, plaintiff shall have the immediate right to execute on

8    defendant's assets, the cost of any such execution and the cost of recording any Abstract

9    of Judgment or similar documents to be borne by defendant.

10                              **IT IS SO STIPULATED.**

11    Dated: June 27, 2008
                                    _____
                                    By: MICHAEL COSENTINO
12                                  Attorney for Plaintiff, United States of America

13
           I have read the foregoing, I understand and agree to the terms, and I
14
      sign this agreement as a free and voluntary act.
15

16    Dated: _____
                                    PERRY M. MOROWEI aka PEREKEME
17                                  MOROWEI aka PEREKEME M. MOROWEI aka
                                    PEREKEME M. MOROWEL aka PEREKEME
18                                  MAROWEI aka P.M. MOROWEI aka PERRY B.
                                    MOROWAY, Defendant
19
           Good cause appearing therefor,
20
           THE COURT ORDERS THAT the terms of the foregoing Settlement Agreement
21
      be and hereby are incorporated into this order, and that the Settlement Agreement be and
22
      hereby is approved, and that the complaint be and hereby is dismissed without prejudice.
23
           THE COURT FURTHER ORDERS THAT the court hereby expressly retains
24
      jurisdiction to enforce the terms of the foregoing Settlement Agreement.
25
           The Clerk of the Court is DIRECTED to close the file in the action.
26

27    DATED____July 22, 2008_____

28                                  UNITED STATES MAGISTRATE JUDGE

SETTLEMENT AGREEMENT WITH ORDER OF DISMISSAL AND STIPULATION FOR ENTRY OF JUDGMENT AFTER DEFAULT; US v
MOROWEI, Case No. CC 08 2036 SLM                                                                    3

1 MICHAEL COSENTINO, SBN 83253
P.O. Box 129
2 Alameda, CA 94501
Telephone: (510) 523-4702
3
Attorney for Plaintiff,
4 United States of America

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA              )     NO. CV 08 2076 SLM
                                         )
12             Plaintiff,                )
                                         )     **STIPULATED JUDGMENT**
13     v.                                )
                                         )
14 PERRY M. MOROWEI                      )
   aka PEREKEME MOROWEI                  )
15 aka PEREKEME M. MOROWEI               )
   aka PEREKEME M. MOROWEL               )
16 aka PEREKEME MAROWEI                  )
   aka P.M. MOROWEI                      )
17 aka PERRY B. MOROWAY,                 )
                                         )
18             Defendant.                )
                                         )
19

20    The above entitled Plaintiff having filed its complaint herein, and the above entitled

21 defendant having consented to the making and entry of this final judgment without trial,

22 hereby agree as follows:

23    1. This Court has jurisdiction over the subject matter of this litigation and over the

24 parties to this Stipulated Judgment. The Complaint herein states a claim upon which

25 relief can be granted.

26    2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

27 hereby voluntarily waive their rights to proceed before a judge of the United States District

28 Court and consent to have a United States magistrate judge conduct any and all further

US v MOROWEI, Case No. CC 08 2038 SLM Stipulated Judgment                    1

EXHIBIT **1**

1    proceedings in the case, including trial, and order the entry of a final judgment. It is
2    understood that any appeal from a judgment entered by a magistrate judge will be taken
3    directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
4    an appeal from any other judgment of a District Court.

5        3. Judgment shall be in favor of Plaintiff, United States of America and against
6    Defendant, PERRY M. MOROWEI aka PEREKEME MOROWEI aka PEREKEME M.
7    MOROWEI aka PEREKEME M. MOROWEL aka PEREKEME MAROWEI aka P.M.
8    MOROWEI aka PERRY B. MOROWAY, in the sum of $71,663.13 as of June 27, 2008,
9    consisting of $31,324.16 principal, accrued interest of $40,288.97, plus a service of
10   process fee of $50.00, plus $6.58 interest per day thereafter until entry of judgment, less
11   any sums tendered toward satisfaction of the obligation.

12       4. This Stipulated Judgment shall bear interest pursuant to the provisions of 28
13   U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
14   interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
15   until paid in full.

16       5. The judgment debtor shall submit financial data to the plaintiff as specified by
17   plaintiff on the anniversary date of this judgment for each year this judgment remains
18   unpaid.

19       6. An Abstract of Judgment shall be recorded with the Recorder's Office of the
20   County of residence of the judgment debtor; plaintiff may also record or file similar
21   documents elsewhere.

22       7. The judgment debtor has the right of prepayment of this debt without penalty,
23   and the interest charged will only be calculated to the date of final payment.

24

25   **SO STIPULATED.**

26   Dated: June 27, 2008
                                        By: MICHAEL COSENTINO
27                                      Attorney for Plaintiff, United States of America

28       I have read the foregoing, I understand and agree to the terms, and I sign this

EXHIBIT **1**    2

1  agreement as a free and voluntary act.

2  DATED  7/02/08

3  PERRY M. MOROWEI aka PEREKEME
   MOROWEI   aka //PEREKEME   M.
4  MOROWEI   aka / PEREKEME   M.
   MOROWELaka PEREKEME MAROWEI
5  aka P.M. MOROWEI aka PERRY B.
   MOROWAY, Defendant and Judgment
6  Debtor

7

8  APPROVED AND SO ORDERED THIS _____ DAY OF _____, 200 .

9  The Clerk of the Court is DIRECTED to close the file in the action.
10

11

12                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    EXHIBIT 1

1

2

3

## **PROOF OF SERVICE BY MAIL**

4       I am a citizen of the United States and a resident of the County of Alameda, I am

5 over the age of eighteen and not a party to the within above-entitled action; my business

6 address is P.O. Box 129, Alameda, California, 94501.  On July 23, 2008, I served the

7 **NOTICE OF ENTRY OF ORDER**

8 on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope

9 with postage thereon fully pre-paid, in the United States Post Office Box in Alameda, California, addressed as follows:

10

11 Perry Morowei
3475 La Mesa Drive
Hayward, CA 94542

12

13       I certify under penalty of perjury that the foregoing is true and correct.

14       Executed on July 23, 2008,  in Alameda, California.

15

16                Michael Cosentino
               Attorney for Plaintiff,
               United States of America

17

18

19

20

21

22

23

24

25

26

27

28